UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 19-1915 JVS (KES)                    Date  June 2, 2020

Title  **Ruben Paul Gonzales v. Lincoln Family Dental Group et al**

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS]** Order Regarding Motion for Default Judgment

    Plaintiff Ruben Paul Gonzales ("Gonzales") moved for default judgment against Defendants Lincoln family Dental Group, Thao Nguyen, Daniel K. Kim DDS, Inc, Daniel Kil, and Grace Kim (together, "Defendants"). Mot., Dkt. No. 32. Defendants do not oppose.

    Before giving further consideration to the Motion, the Court orders Gonzales to show cause why the Court should not decline to exercise supplemental jurisdiction over the Unruh Act claim. Gonzales shall respond in writing no later than June 10, 2020.

    In addition, Gonzales shall make a showing that the fees requested are reasonable by providing evidence which supports as lode star calculation.